Submitted on record and briefs August 31, affirmed October 31, 2007

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## MARK EDWARD ARMER,
*Defendant-Appellant.*

Deschutes County Circuit Court
MI042454, MI050762;
A129221 (Control), A129222

170 P3d 1105

Peter Ozanne, Executive Director, Peter Gartlan, Chief Deputy Public Defender, Legal Services Division, and Ryan O'Connor, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Paul L. Smith, Assistant Attorney General, filed the brief for respondent.

Before Brewer, Chief Judge, and Ortega, Judge, and Deits, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Terry*, 214 Or App 56, 162 P3d 372 (2007).